FILED
FEB 1 2 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:08cr22-MEF__ |
| | ) | [18 USC § 922(g)(1)] |
| GREGORY POWELL | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 11th day of September, 2007, in Montgomery, Alabama, within the Middle District of Alabama, the defendant,

GREGORY POWELL,

having been convicted on or about the 7th day of October, 2002, of Robbery 1st, case number CC 2002 000318, in the Circuit Court of Montgomery County, Alabama, for which he was sentenced to serve 20 years, split to serve 5 years and then placed on 3 years supervised probation, a felony offense under the laws of the State of Alabama, thereafter knowingly possessed, in and affecting commerce, a Walther, Model PPK/S, .380 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation as alleged in Count 1 of this indictment, the defendant,

GREGORY POWELL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title

28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

a Walther, Model PPK/S, .380 caliber pistol.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

A TRUE BILL:

Foreperson

Tommie Brown Hardwick
Assistant United States Attorney

Kent B. Brunson
Assistant United States Attorney