IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CASE NO. 2:08cr22-MEF |
| ) | |
| **GREGORY POWELL** ) | |

### MOTION TO RESCIND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and moves this Court to rescind the Preliminary Order of Forfeiture (Doc. #18) stating as follows:

This Honorable Court entered a Preliminary Order of Forfeiture (Doc. #18) on May 20, 2008, forfeiting defendant's interest in a Walther, Model PPK/S, .380 caliber pistol, bearing serial number 035093.

The firearm seized from defendant on September 11, 2007, was disposed of through administrative forfeiture proceedings on May 1, 2008.

In order to avoid further judicial expense, the United States submits that the Preliminary Order of Forfeiture should be rescinded and declared void *ab initio*.

A proposed Order is attached.

Respectfully submitted this 21st day of May, 2008.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          **/s/Tommie Brown Hardwick**
          TOMMIE BROWN HARDWICK
          Assistant United States Attorney
          Bar Number: ASB4152 W86T
          131 Clayton Street
          Montgomery, Alabama 36104
          Phone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: tommie.hardwick@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

          Respectfully submitted,

          **/s/Tommie Brown Hardwick**
          TOMMIE BROWN HARDWICK
          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cr22-MEF |
| | ) | |
| **GREGORY POWELL** | ) | |

### O R D E R

Upon consideration of the Motion Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that Preliminary Order of Forfeiture (Doc. #18) is hereby rescinded and declared void *ab initio*.

DONE this ____ day of _____, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE