IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-22-MEF |
| | ) | |
| GREGORY POWELL | ) | |

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. A grand jury sitting in the Middle District of Alabama returned an indictment against Defendant on February 12, 2008.

2. After appearing before this Court on March 26, 2008, Defendant notified the United States of Defendant's intent to plead guilty to the indictment sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty to the indictment on April 10, 2008.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be GRANTED.

Respectfully submitted this the 9th day of July, 2008.

          LEURA G. CANARY
          UNITED STATES ATTORNEY


          KENT B. BRUNSON
          /s/ Kent B. Brunson
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, AL 36104
          334.223.7280
          334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-22-MEF |
| | ) | |
| GREGORY POWELL | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

LEURA G. CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
/s/ Kent B. Brunson
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
334.223.7280
334.223.7135 fax