IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-022-MEF |
| | ) | |
| GREGORY POWELL | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. #22) filed on July 11, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 15th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE